MICHAEL K. BRISBIN (SBN: 169495)
Email: Michael.brisbin@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant,
**CONTINENTAL CASUALTY COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSEX MARINA CITY CLUB, L.P., a California limited partnership,<br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: CV 11 0408 EMC<br><br>**JOINT STIPULATION TO FURTHER EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER**<br><br>Action Filed:  December 22, 2010<br>Action Served: December 30, 2010 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff Essex Marina City Club, L.P. ("Plaintiff") and Continental Casualty Company (referred hereinafter as "Defendant"), through their attorneys of record, as follows:

1. Defendant Continental Casualty was served with the Summons and Complaint on or about December 30, 2010 and Continental Casualty Company's response to the Complaint currently is due on or before February 3, 2011.

2. Plaintiff and Defendant agreed that Defendant Continental Casualty Company may have an extension of 2 weeks, up to and including Thursday, February 17, 2011, to answer or otherwise respond to the Complaint;

3. Plaintiff and Defendant have agreed to a further extension for Defendant Continental Casualty Company of 2 weeks, up to and including Thursday, March 3, 2011, to answer or otherwise respond to the Complaint; and

---
1

JOINT STIPULATION TO FURTHER EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT; [PROPOSED] ORDER

641846.1                                                                 Case No.: CV11-0408-EMC

4. This further extension of time to respond to the Complaint does not exceed thirty (30) days.

Dated: February 17, 2011                              PINEDO LAW

                                               By:    /s/ Craig A. Pinedo
                                                      CRAIG A. PINEDO
                                                      Attorney for Plaintiff,
                                                      **ESSEX MARINA CITY CLUB L.P.**

Dated: February 17, 2011                              WILSON, ELSER, MOSKOWITZ,
                                                      EDELMAN & DICKER LLP

                                               By:    /s/ Michael K. Brisbin
                                                      MICHAEL K. BRISBIN
                                                      Attorney for Defendant,
                                                      **CONTINENTAL CASUALTY COMPANY**

**OF COUNSEL:**
Rebecca M. Rothmann (*pro hac* application to be filed)
Cinthia G. Motley (*pro hac* application to be filed)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
55 W. Monroe, Suite 3800
Chicago, IL 60604
Telephone:   (312) 704-0550
Facsimile:   (312) 704-1552

**ORDER**

**PURSUANT TO THE FURTHER STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED** that Defendant Continental Casualty has an additional 2 weeks, up to and including Thursday, March 3, 2011, to answer or otherwise respond to Plaintiff's Complaint.

Date: 2/22/11            By: _____
                              HONORABLE EDWARD M. CHEN
                              UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*(seal: United States District Court, Northern District of California)*

3

JOINT STIPULATION TO FURTHER EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT; [PROPOSED] ORDER

641846.1                                                    Case No.: CV11-0408-EMC

# CERTIFICATE OF SERVICE
*Essex Marina City Club, L.P. v. Continental Casualty Company*
*United States District Court, Northern District of CA, Case No.:*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**JOINT STIPULATION TO FURTHER EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

| | |
|---|---|
| Craig A. Pinedo, Esq.<br>PINEDOLAW<br>425 California Street, 19th Floor<br>San Francisco, California 94104<br>Telephone:  (415) 693-9155<br>Facsimile:   (650) 878-2290<br>Email: cpinedo@pinedolaw.com<br>***Attorneys for Plaintiff Essex Marina City Club, L.P.*** | Rebecca M. Rothmann, Esq.<br>(*pro hac* application to be filed)<br>Cinthia G. Motley, Esq.<br>(*pro hac* application to be filed)<br>WILSON, ELSER, MOSKOWITZ,<br>   EDELMAN & DICKER LLP<br>55 W. Monroe, Suite 3800<br>Chicago, IL 60604<br>Telephone:  (312) 704-0550<br>Facsimile:   (312) 704-1552<br>***Of Counsel for Defendant, Continental Casualty Company*** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on February 17, 2011, at San Francisco, California.

Marissa Y. Otellini