1   MICHAEL K. BRISBIN (State Bar No. 169495)
    Email: Michael.brisbin@wilsonelser.com
2   **WILSON, ELSER, MOSKOWITZ,**
        **EDELMAN & DICKER LLP**
3   525 Market Street, 17ᵗʰ Floor
    San Francisco, CA 94105
4   Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
5
    Attorneys for Defendant,
6   **CONTINENTAL CASUALTY COMPANY**

7   REBECCA M. ROTHMANN (*pro hac*)
    CINTHIA G. MOTLEY (*pro hac*)
8   **WILSON, ELSER, MOSKOWITZ,**
        **EDELMAN & DICKER  LLP**
9   55 W. Monroe, Suite 3800
    Chicago, IL 60604
10  Telephone:    (312) 704-0550
    Facsimile:    (312) 704-1522
11
    Attorneys for Defendant,
12  **CONTINENTAL CASUALTY COMPANY**

13  CRAIG A. PINEDO (State Bar No. 191337)
    PINEDO LAW
14  425 California Street, 19ᵗʰ Fl.
    San Francisco, CA 94104
15  Telephone:    (415) 693-9155
    Facsimile:    (415) 421-1815
16
    Attorneys for Plaintiff,
17  **ESSEX MARINA CITY CLUB, L.P., a**
    **California limited partnership**
18

19              **UNITED STATES DISTRICT COURT**

20          **NORTHERN DISTRICT OF CALIFORNIA**

21  ESSEX MARINA CITY CLUB, L.P., a         Case No.: 3:11-cv-00408-SC
    California limited partnership,
22                      Plaintiff,          **STIPULATION AND [PROPOSED]**
                                            **ORDER CONTINUING THE TRIAL**
23          v.                              **SETTING CONFERENCE**

24                                          State Action Filed:  December 20, 2010
    CONTINENTAL CASUALTY COMPANY,           Removed:             January 27, 2011
25  an Illinois corporation; and DOES 1-20,
    inclusive,
26                                          **Honorable Samuel Conti**
                        Defendants.
27

28

                                    1

Plaintiff ESSEX MARINA CITY CLUB, L.P. ("Plaintiff" or "Essex") and Defendant CONTINENTAL CASUALTY ("Defendant" or "Continental Casualty") by and through their counsel, stipulate:

1.      Upon stipulation of the parties, the Court ordered the parties to participate in a settlement conference before Magistrate Judge Laporte and set a Trial Setting Conference for January 13, 2012. (Dkt. No. 52).

2.      The settlement conference before Judge Laporte was scheduled for January 4, 2012. (Dkt. No. 53).

3.      On January 3, 2012, the settlement conference was rescheduled to January 26, 2012, due to a family emergency involving Plaintiff's counsel and Continental Casualty's report to Judge Laporte that participation of a non-party would be necessary in order to reach a final settlement of this matter. (Dkt. No. 57).

4.      Based on the parties' continued efforts to posture this matter for settlement and the impending settlement conference, the parties jointly request the Court continue the January 13, 2012 Trial Setting Conference to February 24, 2012 or a date therafter convenient to the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: January 11, 2012                    PINEDO LAW

                                           By:   /s/ Craig A. Pinedo
                                                 Attorneys for Plaintiff
                                                 **ESSEX MARINA CITY CLUB, L.P.**,
                                                 a California limited partnership

DATED: January 11, 2012                    WILSON, ELSER, MOSKOWITZ,
                                           EDELMAN & DICKER LLP

                                           By:   /s/ Michael K. Brisbin
                                                 Attorneys for Defendant
                                                 **CONTINENTAL CASUALTY COMPANY**

2

1

**CERTIFICATION**
*Essex Marina City Club v. Continental Casualty Company*
*USDC NDCA Case: 3:11-cv-00408*

2

3        I, Michael Brisbin, am the ECF User whose identification and password are being used to

4   file this Stipulation And [Proposed] Order Continuing The Trial Setting Conference.    In

5   compliance with General Order 45.X.B., I hereby attest that Craig Pinedo has concurred in this

6   filing.

7

8        EXECUTED on **January 11, 2012**, at San Francisco, California.

9

10                                /s/ Michael K. Brisbin
                                 Attorneys for Defendant
11                               **CONTINENTAL CASUALTY COMPANY**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

**[PROPOSED] ORDER**

2        Having considered the parties' stipulation and good cause appearing, the Court continues

3   the January 13, 2012 Trial Setting Conference to February 24, 2012 at 10:00 a.m. in Courtroom 1,

4   17th Floor, San Francisco before the Honorable Samuel Conti.

5        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7   DATED: _____1/12/12_____

8                                              **HONORABLE SA**
                                               United States Distri

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**CERTIFICATE OF SERVICE**
*Essex Marina City Club, L.P. v. Continental Casualty Company*
*United States District Court, Northern District of CA, Case No.: CV11-0408-SC*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE TRIAL SETTING CONFERENCE**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Craig A. Pinedo, Esq.
**PINEDOLAW**
425 California Street, 19th Floor
San Francisco, California 94104
Telephone:    (415) 693-9155
Facsimile:     (650) 878-2290
Email:  cpinedo@pinedolaw.com
*Attorneys for Plaintiff Essex Marina City Club, L.P.*

☒: **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Rebecca M. Rothmann, Esq. (*pro hac* application to be filed)
Cinthia G. Motley, Esq. (*pro hac* application to be filed)
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
55 W. Monroe, Suite 3800
Chicago, IL 60604
Telephone:    (312) 704-0550
Facsimile:     (312) 704-1552
*Of Counsel for Defendant, Continental Casualty Company*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on January 11, 2012, at San Francisco, California.

Marissa Y. Otellini

STIPULATION AND [PROPOSED] ORDER CONTINUING THE TRIAL SETTING CONFERENCE
1132037.1                                                          Case No. 3:11-cv-00408-SC