CRAIG A. PINEDO, CAL. BAR NO. 191337
cpinedo@pinedolaw.com
PINEDOLAW
425 California Street, 19th Floor
San Francisco, California 94104
Telephone: (415) 693-9155
Facsimile: (650) 878-2290

Attorneys for Plaintiff
ESSEX MARINA CITY CLUB, L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSEX MARINA CITY CLUB, L.P., a California limited partnership,<br><br>             Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation, and DOES 1-20, inclusive,<br><br>             Defendants. | Case No. 11-00408 SC<br><br>**STIPULATION OF DISMISSAL OF ACTION** |

The parties in this action have executed a settlement agreement. Accordingly, pursuant to Fed. R. Civ. P. 41(a), plaintiff Essex Marina City Club, L.P. and defendant Continental Casualty Company, by and through their counsel of record, stipulate to the dismissal of this action with prejudice. Each party shall bear its own fees and costs.

Dated: April 16, 2012

PINEDOLAW

By     /s/ Craig A. Pinedo
       CRAIG A. PINEDO

Attorneys for Plaintiff
ESSEX MARINA CITY CLUB, L.P.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE

1  Dated: April 16, 2012

2                             WILSON, ELSER, MOSKOWITZ, EDELMAN &
3                             DICKER LLP

5                             By      /s/ Michael K. Brisbin
                                      MICHAEL K. BRISBIN

                                      Attorneys for Defendant
                                      CONTINENTAL CASUALTY COMPANY

STIPULATION OF DISMISSAL WITH PREJUDICE

**CERTIFICATION**

*Essex Marina City Club, L.P. v. Continental Casualty Company*
USDC NDCA Case No. 3:11-cv-00408 SC

    I, Craig A. Pinedo, am the ECF User whose identification and password are being used to file this Stipulation of Dismissal of Action.  In compliance with General Order 45.X.B., I hereby attest that Michael K. Brisbin has concurred in this filing.

EXECUTED on **April 16, 2012**, at San Francisco, California.


    /s/ Craig A. Pinedo
    Attorneys for Plaintiff
    Essex Marina City Club, L.P.

-3-
STIPULATION OF DISMISSAL WITH PREJUDICE