CRAIG A. PINEDO, CAL. BAR NO. 191337
cpinedo@pinedolaw.com
PINEDOLAW
425 California Street, 19th Floor
San Francisco, California  94104
Telephone:    (415) 693-9155
Facsimile:    (650) 878-2290

Attorneys for Plaintiff
ESSEX MARINA CITY CLUB, L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSEX MARINA CITY CLUB, L.P., a California limited partnership,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation, and DOES 1-20, inclusive,<br><br>　　　　　　　Defendants. | Case No. 11-00408 SC<br><br>**STIPULATION OF DISMISSAL OF ACTION** |

The parties in this action have executed a settlement agreement.  Accordingly, pursuant to Fed. R. Civ. P. 41(a), plaintiff Essex Marina City Club, L.P. and defendant Continental Casualty Company, by and through their counsel of record, stipulate to the dismissal of this action with prejudice.  Each party shall bear its own fees and costs.

Dated:  April 16, 2012

　　　　　　　　　　　　　　　　　　PINEDOLAW


　　　　　　　　　　　　　　　　　　By　　　　/s/ Craig A. Pinedo
　　　　　　　　　　　　　　　　　　　　　　CRAIG A. PINEDO

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　ESSEX MARINA CITY CLUB, L.P.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge Samuel Conti]

1 | Dated: April 16, 2012

2 |       WILSON, ELSER, MOSKOWITZ, EDELMAN &
3 |       DICKER LLP

4 |

5 |       By      /s/ Michael K. Brisbin
                  MICHAEL K. BRISBIN
6 |
              Attorneys for Defendant
7 |       CONTINENTAL CASUALTY COMPANY

**CERTIFICATION**

*Essex Marina City Club, L.P. v. Continental Casualty Company*
USDC NDCA Case No. 3:11-cv-00408 SC

I, Craig A. Pinedo, am the ECF User whose identification and password are being used to file this Stipulation of Dismissal of Action.  In compliance with General Order 45.X.B., I hereby attest that Michael K. Brisbin has concurred in this filing.

EXECUTED on **April 16, 2012**, at San Francisco, California.


/s/ Craig A. Pinedo
Attorneys for Plaintiff
Essex Marina City Club, L.P.